6 0u 2 5206

FILED
electronically
Clerk of Court
U.S. Bankruptcy Court
Eastern District of Texas
Date: 03/30/2006
Time: 15:06:17
Pages: 1

_0330150617_001.PDF
T-114375277766
0451AF94FF24A5F3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE: *
  *
  Julian Bean * CASE NO. 03-60617
  Rubie Bean *
  xxx-xx-6210/xxx-xx-3760 *
  310 PR 7347 *
  Palestine, TX 75803 *
  * CHAPTER 13
DEBTOR(S) *

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The Notice of Ronald E. Stadtmueller, Trustee herein, respectfully would show:

1. That he is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor(s) to whom previous checks were submitted without negotiation:

| Payee | Reserve Amount |
|---|---|
| Federal Funding Corp. | $ 2,854.90 |

4. A turnover check(s) in the amount of $2,854.90 payable to the Clerk of the United States Bankruptcy Court is attached to this Notice.

Dated: 3·30·06

RONALD E. STADTMUELLER
CHAPTER 13 TRUSTEE
P. O. Box 7097
Tyler, Texas 75711
(903) 593-7777, Fax (903) 597-1313